IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FADEL MARIO TANKOANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-22-2757 |
| | § | |
| UNITED STATES CITIZENSHIP AND | § | |
| IMMIGRATION SERVICES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The court congratulates Mr. Tankoano on becoming a United States citizen and thanks him for his service in the United States Army. The court grants his motion for partial relief from the order entered in Docket Entry No. 23, to reflect that his claim under 8 U.S.C. 1503(a) was not time–barred. The court also grants the stipulation of dismissal, based on Mr. Tankoano's citizenship, which moots his claims. The court merely notes that this case did not have to be so hard or so protracted. An Order of Dismissal is separately granted.

SIGNED on May 8, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge