United States District Court
Southern District of Texas
**ENTERED**
May 08, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FADEL MARIO TANKOANO, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. H-22-2757 |
| § | |
| UNITED STATES CITIZENSHIP AND § | |
| IMMIGRATION SERVICES, *et al*., § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons set out in this court's order entered this date, this civil action is dismissed as moot.

SIGNED on May 8, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge